**Vacate and Remand and Opinion Filed January 22, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-01504-CV

---

**JEFFREY BARON, Appellant**

**V.**

**GERRIT M. PRONSKE, INDIVIDUALLY AND PRONSKE, GOOLSBY & KATHMAN, P.C. F/K/A PRONSKE & PATEL, P.C., Appellees**

---

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-12042**

---

## MEMORANDUM OPINION
Before Justices Lang, Brown, and Whitehill
Opinion by Justice Whitehill

Before the Court is a January 14, 2015, joint motion to vacate the final summary judgment and dismiss appeal with prejudice. We grant the motion to the extent that we vacate the trial court's September 9, 2014, Summary Judgment without regard to the merits and remand this case to the trial court for rendition of judgment in accordance with their agreement. *See* TEX. R. APP. P. 42.1(a)(2).

141504F.P05

/Bill Whitehill/
BILL WHITEHILL
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JEFFREY BARON, Appellant

No. 05-14-01504-CV     V.

GERRIT M. PRONSKE, INDIVIDUALLY
AND PRONSKE, GOOLSBY &
KATHMAN, P.C. F/K/A PRONSKE &
PATEL, P.C., Appellees

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-14-12042.
Opinion delivered by Justice Whitehill.
Justices Lang and Brown participating.

Based on the parties' January 14, 2015, joint motion to vacate the final summary judgment and dismiss the appeal, and in accordance with this Court's opinion of this date, we **VACATE** the trial court's September 9, 2014, Final Summary Judgment and **REMAND** this case to the trial court for rendition of judgment in accordance with the parties agreement.

Judgment entered January 22, 2015.